*Johnson*, for the plaintiff.

   *Mason* and *Clagett*, for the defendant.

## GENERAL COURT, OCTOBER TERM, 1799.

### HAMMOND, et al. Lessee vs. SHEREDINE.

EJECTMENT for a tract of land called " *The Resurvey on part of Wood's Inclosure*," lying in Frederick county. The defendant took defence on warrant, and plots were made and returned.

The plaintiff at the trial, read in evidence a certificate of survey made for and in the name of *John Howard*, on the 5th of March 1753, for the land in question. The defendant then offered a witness to prove that the said *John Howard* was a deputy surveyor at the time of the said survey, and that he never surveyed the land for which the said certificate was returned, and whereon a patent had been granted.

BUT THE COURT refused to permit the evidence to be given to the jury. *(b)*

On motion, leave was given to amend the plots, and the case was continued. It afterwards abated by the death of the defendant.

## GENERAL COURT, OCTOBER TERM, 1799.

*(a)* *Duvall*, J concurring.

   *(b)* This point again decided in the case of *Hammond vs. Norris*, May 1802.